UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

REX HALEN PENDERGRASS,

    Plaintiff,

v.                                              Case No.  5:11-cv-444-Oc-10TBS

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____

## ORDER

Pending before the Court is Plaintiff's Uncontested Petition for Attorney's Fees and Costs. (Doc. 22).  Pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. §2412(d), Plaintiff requests an award of fees in the amount of $4,767.04.   The schedule of hours attached to the petition confirms the attorney hours.  (Id. at 11). Plaintiff also seeks recovery of costs in the amount of $350.00 for the filing fee, payable out of the judgment fund administered by the United States Department of Treasury. Plaintiff represents that the Commissioner has no objection to his petition for fees and costs.  (Id. at 3).

Plaintiff asserts that he is the prevailing party in this litigation, that the Commissioner's position in the underlying action was not substantially justified, and that his net worth at the time proceeding was filed was less than two million dollars.[1]  (Id. at 2).  On April 4, 2012, the Court entered an Order reversing and remanding this cause

---

[1] Under the EAJA, a claimant is eligible for an attorney fee award where:  (1) the claimant is a prevailing party in a non-tort suit involving the United States; (2) the Government's position was not substantially justified; (3) the claimant filed a timely application for attorney's fees; (4) the claimant had a net worth of less than $2 million at the time the complaint was filed; and (5) there are no special circumstances which would make the award of fees unjust.  28 U.S.C. § 2412(d).

back to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). (Doc. 19). The next day, the Clerk entered Judgment. (Doc. 21). Plaintiff filed his application for attorney's fees on April 29, 2012. (Doc. 22).

Plaintiff attached a copy of the fee agreement, which includes Plaintiff's assignment of EAJA fees to her counsel. (Doc. 22-1). In light of the assignment, Plaintiff requests (and Defendant agrees) that the payment should be made payable to Plaintiff and delivered to Plaintiff's counsel unless Plaintiff owes a federal debt. If the U.S. Department of the Treasury determines that Plaintiff does not owe a federal debt, the government will accept Plaintiff's assignment of EAJA fees and pay fees directly to Plaintiff's counsel.

Pursuant to the provisions of the Equal Access to Justice Act (28 U.S.C. §2412(d)), Plaintiff's uncontested petition for attorney's fees (Doc. 22) is hereby **GRANTED**. Plaintiff is awarded attorney's fees in the amount of **$4,767.04** and costs in the amount of **$350.00** to be paid out of the judgment fund. Payment is authorized to Plaintiff's counsel if the Commissioner determines Plaintiff does not owe a debt to the government.

IT IS SO ORDERED.

DONE AND ORDERED in Ocala, Florida on May 2, 2012.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all counsel